**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(RICHMOND DIVISION)**

| | |
|---|---|
| In re:<br><br>HEALTH DIAGNOSTIC LABORATORY, INC. *et al*.<br><br>Debtors. | Chapter 11<br>Case No. 15-32919 (KRH)<br>(Jointly Administered) |
| In re:<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Interpleader-Plaintiff,<br><br>vs.<br><br>RICHARD ARROWSMITH, LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST; LATONYA MALLORY; JOSEPH McCONNELL; GEORGE RUSSELL WARNICK; ROBERT S. GALEN; NOEL BARTLETT; SATYARANARAIN RANGARAJAN; and DENNIS RYAN,<br><br>Interpleader-Defendants | Adv. Proc. No.  17-03029 |

**ORDER DIRECTING DEPOSIT OF FUNDS IN COURT REGISTRY**

On this day of February 21, 2017, counsel for National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union" or "Interpleader-Plaintiff"), with National Union having an address of 175 Water Street, 18th Floor, New York, NY 10038 and phone number 212-770-7000, requested (the "Request"), on behalf of National Union, to deposit $6,869,355.65 (the "Proceeds), the balance remaining of the $10 million maximum aggregate limit of liability of National Union PrivateEdge Plus Policy No. 02-840-43-92 (the "Policy"), effective from July 7, 2012 through August 1, 2013, to the registry of the United States Bankruptcy Court, pursuant to 28 U.S.C.

§2041. Having considered the Request, and good cause having been shown therefore; **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall accept payment from National Union the Proceeds, in the amount of $6,869,355.65 in the form of a check, for deposit into the registry of the United States Bankruptcy Court. Pursuant to Local Bankruptcy Rule 7067-1(D), such deposit shall be made in accordance with the procedures and guidelines set out by the Administrative Office of the United States Courts.

2. Upon receiving direction from the Clerk, National Union shall deposit the sum of $6,869,355.65 as directed by the Clerk.

3. The Proceeds shall remain on deposit in the registry of the United States Bankruptcy Court until resolution of the Complaint for Interpleader and Injunctive Relief [Docket No. 1] filed in the above-captioned adversary proceeding and further order of this Court.

Dated Feb 22 2017, 2017

/s/ Kevin R. Huennekens
Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: Feb 22 2017

I ASK FOR THIS:

/s/ Rosa J. Evergreen
_____

Rosa J. Evergreen (VA Bar # 70977)
Scott B. Schreiber
Arthur Luk
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
Telephone: 202-942-5000
Rosa.evergreen@apks.com

*Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa.*